JOHN J. COOPER, Respondent, *v.* AMELIA COOPER et al., Respondents.

PETER EAGAN, Appellant.

*Cooper* v. *Cooper*, 51 App. Div. 595, appeal dismissed.
(Submitted October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1900, affirming an order of Special Term directing Peter Eagan, plaintiff's former attorney, to make restitution of $1,440 of an extra allowance erroneously awarded to him.

*Franklin Bien* for appellant.

*Louis. Cohen* for plaintiff, respondent.

Appeal dismissed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.